UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAIME RODRIGUEZ-MARTINEZ,

    Plaintiff,

v.                                      CASE NO. 3:25-cv-149-HES-SJH

WALTER DEAN RAWL, et al.,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court *sua sponte*. On February 20, 2025, Plaintiff filed Rule 26 Initial Disclosures ("Notice"). Doc. 7. Discovery materials "must not be filed until they are used in the proceeding or the court orders filing[.]" Fed. R. Civ. P. 5(d)(1). The Court has not ordered the parties to file any discovery materials, and it does not appear that filing is necessary at this time. Therefore, the Notice is **stricken without prejudice** to filing at a later time if necessary. Plaintiff should ensure that such discovery materials are not routinely filed in the future.

    **DONE AND ORDERED** in Jacksonville, Florida, on February 21, 2025.

                                                            Samuel J. Horovitz
                                                            United States Magistrate Judge

Copies to:

Counsel of Record